AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Shaun A. Parks,
Plaintiff

v.

Michael J. Astrue, Commissioner of Social Security Administration,
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, __Shaun A. Parks__ declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____

    **Inmate Identification Number (Required):** _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2. Are you currently employed?    ☒ Yes    ☐ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. $711.8  7/7/08 - 7/13/08
    Seasons Pizza New Rd. Elsmere, De
    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    *Please see attached pay stubs

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

 If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

 ☐ Yes  ☒ No

 If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

 None

I declare under penalty of perjury that the above information is true and correct.

7/13/08                              *[signature]*
DATE                                 SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## Paystub 1 — Check 52363

**LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.**
NEW CASTLE, DE 19720

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

| Field | Value |
|---|---|
| Social Security #: | 6196 |
| Department: | ELSMEREHOURLY |
| Employee ID: | 1053 |
| Period beginning: | 5/19/2008 |
| Period end: | 5/25/2008 |
| Check Date: | 5/27/2008 |
| Check number: | 52363 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 18.97 | 135.64 | 135.64 |
| Total Wages | | 18.97 | 135.64 | 135.64 |
| FICA-SS | | | 8.41 | 8.41 |
| FICA-Med | | | 1.97 | 1.97 |
| Federal W/H | | | 2.00 | 2.00 |
| State W/H DE | | | 1.00 | 1.00 |
| Total Withholdings | | | 13.38 | 13.38 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| Net Pay | 122.26 | 122.26 |

## Paystub 2 — Check 52671

**LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.**
NEW CASTLE, DE 19720

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

| Field | Value |
|---|---|
| Social Security #: | 6196 |
| Department: | ELSMEREHOURLY |
| Employee ID: | 1053 |
| Period beginning: | 5/26/2008 |
| Period end: | 6/1/2008 |
| Check Date: | 6/3/2008 |
| Check number: | 52671 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 22.59 | 161.52 | 297.16 |
| Total Wages | | 22.59 | 161.52 | 297.16 |
| FICA-SS | | | 10.01 | 18.42 |
| FICA-Med | | | 2.34 | 4.31 |
| Federal W/H | | | 4.00 | 6.00 |
| State W/H DE | | | 1.00 | 2.00 |
| Total Withholdings | | | 17.35 | 30.73 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| Net Pay | 144.17 | 266.43 |

## Paystub 3 — Check 52982

**LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.**
NEW CASTLE, DE 19720

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

| Field | Value |
|---|---|
| Social Security #: | 6196 |
| Department: | ELSMEREHOURLY |
| Employee ID: | 1053 |
| Period beginning: | 6/2/2008 |
| Period end: | 6/8/2008 |
| Check Date: | 6/10/2008 |
| Check number: | 52982 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 23.27 | 166.38 | 463.54 |
| Total Wages | | 23.27 | 166.38 | 463.54 |
| FICA-SS | | | 10.32 | 28.74 |
| FICA-Med | | | 2.41 | 6.72 |
| Federal W/H | | | 5.00 | 11.00 |
| State W/H DE | | | 2.00 | 4.00 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

## Paystub 1 — Check 53294

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

Social Security #: 6196
Department: ELSMEREHOURLY
Employee ID: 1053
Period beginning: 6/9/2008
Period end: 6/15/2008
Check Date: 6/17/2008
Check number: 53294

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 22.15 | 158.37 | 621.91 |
| Total Wages | | 22.15 | 158.37 | 621.91 |
| FICA-SS | | | 9.82 | 38.56 |
| FICA-Med | | | 2.30 | 9.02 |
| Federal W/H | | | 4.00 | 15.00 |
| State W/H DE | | | 1.00 | 5.00 |
| Total Withholdings | | | 17.12 | 67.58 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| Net Pay | 141.25 | 554.33 |

## Paystub 2 — Check 53608

LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.
NEW CASTLE, DE 19720

53608

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

Social Security #: 6196
Department: ELSMEREHOURLY
Employee ID: 1053
Period beginning: 6/16/2008
Period end: 6/22/2008
Check Date: 6/24/2008
Check number: 53608

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 21.60 | 154.44 | 776.35 |
| Total Wages | | 21.60 | 154.44 | 776.35 |
| FICA-SS | | | 9.57 | 48.13 |
| FICA-Med | | | 2.24 | 11.26 |
| Federal W/H | | | 4.00 | 19.00 |
| State W/H DE | | | 1.00 | 6.00 |
| Total Withholdings | | | 16.81 | 84.39 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| Net Pay | 137.63 | 691.96 |

## Paystub 3 — Check 53918

LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.
NEW CASTLE, DE 19720

53918

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

Social Security #: 6196
Department: ELSMEREHOURLY
Employee ID: 1053
Period beginning: 6/23/2008
Period end: 6/29/2008
Check Date: 7/1/2008
Check number: 53918

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 16.44 | 117.55 | 893.90 |
| Total Wages | | 16.44 | 117.55 | 893.90 |
| FICA-SS | | | 7.29 | 55.42 |
| FICA-Med | | | 1.70 | 12.96 |
| Federal W/H | | | | 19.00 |
| State W/H DE | | | | 6.00 |
| Total Withholdings | | | 8.99 | 93.38 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| Net Pay | 108.56 | 800.52 |

## Paystub 1 — Check 54245

LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.
NEW CASTLE, DE 19720

**54245**

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

| Field | Value |
|---|---|
| Social Security #: | 6196 |
| Department: | ELSMEREHOURLY |
| Employee ID: | 1053 |
| Period beginning: | 6/30/2008 |
| Period end: | 7/6/2008 |
| Check Date: | 7/8/2008 |
| Check number: | 54245 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 14.28 | 102.10 | 996.00 |
| Total Wages | | 14.28 | 102.10 | 996.00 |
| FICA-SS | | | 6.33 | 61.75 |
| FICA-Med | | | 1.48 | 14.44 |
| Federal W/H | | | | 19.00 |
| State W/H DE | | | | 6.00 |
| Total Withholdings | | | 7.81 | 101.19 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Pay | 94.29 | 894.81 |

## Paystub 2 — Check 54963

LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.
NEW CASTLE, DE 19720

**54963**

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

| Field | Value |
|---|---|
| Social Security #: | 6196 |
| Department: | ELSMEREHOURLY |
| Employee ID: | 1053 |
| Period beginning: | 7/14/2008 |
| Period end: | 7/20/2008 |
| Check Date: | 7/22/2008 |
| Check number: | 54963 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 7.24 | 51.77 | 1,109.69 |
| Total Wages | | 7.24 | 51.77 | 1,109.69 |
| FICA-SS | | | 3.21 | 68.80 |
| FICA-Med | | | 0.75 | 16.09 |
| Federal W/H | | | | 19.00 |
| State W/H DE | | | | 6.00 |
| Total Withholdings | | | 3.96 | 109.89 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Pay | 47.81 | 999.80 |

LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.
NEW CASTLE, DE 19720

**55311**

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 4.53 | 32.39 | 1,142.08 |

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

Social Security #: 6196
Department: ELSMEREHOURLY
Employee ID: 1053
Period beginning: 7/21/2008
Period end: 7/27/2008
Check Date: 7/29/2008
Check number: 55311

| | | Hours | Amount | YTD |
|---|---|---|---|---|
| Total Wages | | 4.53 | 32.39 | 1,142.08 |
| FICA-SS | | | 2.01 | 70.81 |
| FICA-Med | | | 0.47 | 16.56 |
| Federal W/H | | | | 19.00 |
| State W/H DE | | | | 6.00 |
| Total Withholdings | | | 2.48 | 112.37 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| | Amount | YTD |
| Net Pay | 29.91 | 1,029.71 |

---

LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.
NEW CASTLE, DE 19720

**55642**

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 9.23 | 65.99 | 1,208.07 |

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

Social Security #: 6196
Department: ELSMEREHOURLY
Employee ID: 1053
Period beginning: 7/28/2008
Period end: 8/3/2008
Check Date: 8/5/2008
Check number: 55642

| | | Hours | Amount | YTD |
|---|---|---|---|---|
| Total Wages | | 9.23 | 65.99 | 1,208.07 |
| FICA-SS | | | 4.09 | 74.90 |
| FICA-Med | | | 0.96 | 17.52 |
| Federal W/H | | | | 19.00 |
| State W/H DE | | | | 6.00 |
| Total Withholdings | | | 5.05 | 117.42 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| | Amount | YTD |
| Net Pay | 60.94 | 1,090.65 |