IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAUN A. PARKS,                )<br>                                )<br>        Plaintiff,            )<br>                                )<br>        v.                     )   Civil Action No. 08-517-NLH<br>                                )<br>MICHAEL J. ASTRUE,              )<br>*(Commissioner of Social*       )<br>*Security)*,                    )<br>                                )<br>        Defendants.            ) | |

**ORDER**

At Wilmington this 26th day of August 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

**IT IS ORDERED** that the application is **GRANTED**.

                                    s/Noel L. Hillman
                                 NOEL L. HILLMAN, U.S.D.J.[1]

---

[1] This Court has been designated for service in the U.S. District Court for the District of Delaware pursuant to the provisions of 28 U.S.C. § 292(b) as ordered by the Honorable Anthony J. Scirica, Chief Judge of the United States Court of Appeals for the Third Circuit. All filings are to made in the District of Delaware.